IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION


JOHN WESLEY PATTERSON, III, #1375031 §

VS.                                             §                    CIVIL ACTION NO. 4:10cv202
                                                                    *consolidated with* 4:10cv194

DIRECTOR, TDCJ-CID                   §

ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Don D. Bush. The Report and

Recommendation of the Magistrate Judge, which contains proposed findings of fact and

recommendations for the disposition of such action, has been presented for consideration. No

objections have been timely filed. The court is of the opinion that the findings and conclusions of

the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is

**DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.


**SIGNED this the 10th day of September, 2013.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE